# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 10, 2007

Clifford W. Taylor,
Chief Justice

133808

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SAMMIE R. WILSON, Personal
Representative of the Estate of
Ann Louise Wilson, Deceased,
          Plaintiff-Appellant,

v

SC: 133808
COA: 268577
Ingham CC: 05-001059-NH

DIANE PLYLER, M.D., and
MT. HOPE FAMILY PRACTICE,
          Defendants-Appellees.

_____/

On order of the Court, the application for leave to appeal the March 22, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, J., would grant leave to appeal to reconsider *Waltz v Wyse*, 469 Mich 642 (2004).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 10, 2007

_____
Clerk